AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>EDDIE MARCUS LOVE<br><br>*Defendant(s)* | Case No.   4:23 MJ 9107 RHH<br>SIGNED AND SUBMITTED TO THE COURT FOR<br>FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 7, 2023  in the county of  St. Louis City  in the
Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) | Conspiracy to possess with intent to distribute controlled substances |
| 18 U.S.C. § 924(c) | Discharge of a firearm in furtherance of a drug trafficking crime |
| 18 U.S.C. § 924(j) | Discharge of a firearm in furtherance of a drug trafficking crime resulting in death |
| 18 U.S.C. § 922(g) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under penalty of perjury the forgoing is true and correct.

/S/ David Rudolph, FBI TFO
*Complainant's signature*

TFO David A. Rudolph, FBI
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 05/12/2023

*Judge's signature*

City and state:   St. Louis, Missouri     Honorable Rodney H. Holmes, U.S. Magistrate Judge
*Printed name and title*